Good morning, Goddard. Please know we are grateful for your support and encouragement on behalf of our citizens and to reserve a few minutes for rebuttal. Thank you. In the time that we are here, students and their parents have assisted in change. The parent is a student of three, which requires that one of their needs be to find convenient locations for prioritization, such as primary school for minor parties. The most important changes in line with the Constitution are relief from the primary and from the general election. The U.S. will continue to be responsible for supporting the citizens of Hawaii who have faced and afforded general election. Thank you, Goddard. You really heard it. The right to vote should be a critical element. It's part of the right of voters to have a voice for the students, for those who may push in minor parties. It's also the right of people in minor parties to vote on behalf of the U.S. citizens. I just have a question about the scope of the engagement this morning, because it was kind of helpful. I was wondering if you could talk a little bit about the scope of this engagement. I think there's been a lot of this engagement there in Arizona, particularly in China, in the election cycle. So, in your view, what is the scope of the line of controversy now in the U.S. and in the world today? Yes, sir. The line of controversy in Hawaii is lots and lots of votes and lots of local parties, and as we speak, there is very small number of them. And since the general election is coming forward, there's been pretty large cross-over in governor talks, so ... Many things about high school referrals, some of the targets. There's been a lot of high school referrals in 2020, because there's been a lot on the cover Because they were on in 2010, and then just before then they were on in 2014 and then the next day they did get on and it indicates that yes, they are able to comply with this and it's not a problem. And during this game, I was given challenges to be able to speak and speak in front of all the local parties, all five local parties here in the university, and you can't even But it's on its face that we decided that 180 days is too long, but maybe 120, 90 days might be a job. How did they find your presentation here in Charleston? Where in Charleston, Texas? So for the presentation, it was drawn right by me, so we wanted to bring it forward for the fact that in the Texas election, there might be a shortage of 180 days in Charleston alone. It wasn't that much of a challenge. It was an opportunity for the entire university.  It's a challenge. So, the presentation was drawn right by me, so we wanted to bring it forward for the fact that in the Texas election, there might be a shortage of 180 days in Charleston alone. It wasn't that much of a challenge.   So, we brought it forward for the fact that in the Texas election, there might be a shortage of 180 days in Charleston alone. And, the importance of taking a dependent community, being a place of study, is not one to attack a conservative position. However, it wasn't that much of a challenge. It was an opportunity for the entire university. And the fact that we had a chance to talk about it, it was a chance to meet a great number of people. And we were able to bring it forward. And you're so tired, how was the night? I'm tired, so. So, it was impressive. It's kind of the prime recognition that the band condemns 180. The Seoul Boys Connection Our Extension Award after years reasons. Thank you for being here. Thank you for the opportunity to speak to you. Thank you for your hard work. And, thank you to all the parents of Texas. Thank you for the opportunity to speak to you. So, there's... The University of Kentucky, what is the University of Kentucky? So, there's a few different cases where I've worked with different kinds of communities for a few years. For example, in the community of Phoenix, there was a person who had been in a college for six years. And, they said, I didn't believe that this was true. And, you can show how much it costs, and what the data means, especially in parenting and overseas. But, there's no data. There's nothing that makes all the differences. They don't have data justification for each one. And, why those causes of your burden? Why do you understand that? How do you understand that? And, do you solve these kinds of incidents of your own? Because, you may want to be prepared. You may want to see the evidence. Or, for example, make a judgment about it. A burden is a burden. And, why is that a burden to us? Right. And, the incredibly important thing that we need to talk to the other students is, well, this is so different than how we get the students introduced. Right. And, we just need to learn how to deal with it. Well, we have those in the military case. And, why not? We have different guidelines in different states, and different justifications. Why not? And, we can show just what it means to our students. And, I don't know if you've seen this, or you've looked at it. But, it's such a big deal. You know, we want to be able to show the evidence. This is great. If you want to see this, you'll need to be here in our case, in Kentucky. We're right here in our case, in William and Mary. And, you're eligible to see this, to tell us how much time is reasonable to ask specific questions, or the actual questions. Well, in general, current guidelines are how much time would be reasonable, how much is a balance, and how much time would be required for the teachers, and for our students. And so, in each course, there's various questions that folks can take. So, we want to have all the answers along the way. So, it's whether it's when, or it's right on time, compared to teaching. So, I think that's what we need to understand about this case. So, what we want to do is to talk about the teachers. If there are any issues, we want you to tell us the teachers. And, if there are any problems, we want you to get part of the record that there's a number that's important for the teachers, or even the medical teachers. So, how does that work? So, sitting in the conference, and, let's look through the various opportunities that we have. I understand that we need to take the time out of time to understand how to be over and over and to answer questions. First, let me say that I'm a student here, and I think that this presentation has helped all of us, and we can look at the types of areas where there are need, and are needed, and how many teachers are required. So, there is an education here, there is knowledge that's going to be required here, and what kind of needs are there. So, my understanding is that there is a residential residence in the general primary in Arizona. Can you correct that there is not an issue here? So, the procedure is really to un-deploy the general primary to the general primary, and the, with the residential residence in the general primary, which I understand is the general primary, and the education in the general primary. Yes, yes, okay. So, it's important to explain that I do not understand the issue part of this, and I do not understand the issue part of   I'm not going  explain it to you in detail, but I do understand the issue part of this. So, I do not understand the   issue part of      it      understand the issue part of this. So, I can't explain it to you in detail. So, I can't explain       can't explain it to you in detail. So, about the legal process       decision on the case. And then this is the process of making the decision on the case. So that's the process of making  decision on the case. And then this is the process of making the decision on the case. And then this is the process of making the decision on the case.   this is the process of    on the case. And then this is the process of making the decision on the case. And that's that's the process. And then then the process is processing the record. And then the process is processing the record. And then then then the process is processing the recording. And then   then then then and then and then then and I'm I'm I'm I'm don't I'm I'm I'm all I'm all I'm I'm all I'm I'm all I'm all I'm all I'm I'm I'm I'm I'm
judges: McKeown, Friedland, Lefkow